## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Ryan Matthew FLECK, Petitioner

No. 577 MAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Reed MCCORMICK, Petitioner

v.

COMMONWEALTH of Pennsylvania, Department of Transportation, Respondent

No. 560 MAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jovon Javar DESHIELDS, Petitioner

No. 466 MAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue did not participate in the consideration or decision of this matter.

M.G., Respondent

v.

S.J., Petitioner

No. 478 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal and the Application for Consolidation are DENIED.

Jack HILL, Sr. and Cheryl Hill, Individually, and as Co-Administrators of the Estate of Jack Hill, Jr., Deceased

v.

SLIPPERY ROCK UNIVERSITY; Slippery Rock University McLachlan Student Health Center; Laura A. Bateman, CRNP; The National Collegiate Athletic Association "N.C.A.A."

Petition of: The National Collegiate Athletic Association "N.C.A.A."

No. 308 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

David Carl IMHOFF, Petitioner

No. 291 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher Wayne GHRIST, Petitioner

No. 313 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is DENIED.